Renn, Plaintiff and Respondent, vs. Chikowske and others, Defendants and Respondents: Joint School District 2 of the City of Princeton and others, Appellants.

*April 30—June 5, 1956.*

For the appellants there was a brief by *Lehner & Lehner* of Princeton, and oral argument by *Philip Lehner*.

For the respondent Renn there was a brief by *McMonigal & Wildermuth* of Berlin, and oral argument by *J. L. McMonigal*.

For the respondents Chikowske and others there was a brief by *Bogue & Sanderson* of Portage, and oral argument by *Thomas J. Sanderson*.

Brown, J.    The issues of this action are identical to those of *Slabosheske v. Chikowske,* ante, p. 144, 77 N. W. (2d). 497.  The face of the note is $1,000.  The lender and plaintiff is Gust Renn.  The judgment was for principal, interest, and statutory costs and disbursements without attorney's fees. The opinion in the *Slabosheske Case* determines this appeal.

*By the Court.*—Judgment modified by adding to the amount found due plaintiff a reasonable attorney's fee not exceeding 15 per cent of the amount unpaid on the promissory note and, as so modified, judgment is affirmed.  Cause remanded with directions to the trial court to determine and include in the judgment such reasonable attorney's fee.